HENRY V. WALKER, Appellant, *v.* COLUMBIA BROADCASTING SYSTEM, INC., Respondent.

(Argued October 16, 1934; decided November 20, 1934.)

*George H. Mitchell* and *MacNeil Mitchell* for appellant. *Joseph M. Proskauer, Louis Fabricant* and *Ralph F. Colin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.